UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SHEDRICK NORTHERN, **Plaintiff,** v. PORTER COUNTY SHERIFF'S DEPARTMENT, *et al.*, **Defendants.** | No. 2:22 CV 41 |

## O R D E R

On April 12, 2023, the court gave plaintiff notice that, without further action on his part, this case would be dismissed for failure to prosecute pursuant to Local Rule 41-1. (DE # 17.) Plaintiff was afforded until May 12, 2023, to file a response showing cause for why this case should not be dismissed. (*Id.*) No response has been filed.

Therefore, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**SO ORDERED.**

Date: May 16, 2023

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT