AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHEDRICK NORTHERN
    Plaintiff

v.               Civil Action No. 2:22-cv-41

PORTER COUNTY SHERIFF'S DEPARTMENT

LATESHA MILLER

PORTER COUNTY CLERK'S OFFICE

GARY GERMANN
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITH PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge James T. Moody.

DATE: 5/16/2023           CHANDA J. BERTA, CLERK OF COURT
                                       by    s/N. Corle
                                         *Signature of Clerk or Deputy Clerk*